IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CR267** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **TENTATIVE FINDINGS** |
| vs. | ) | |
| | ) | |
| **ARIONE DAMARQUISE TEALER,** | ) | |
| | ) | |
| Defendant. | ) | |

The Court has received the revised Presentence Investigation Report ("PSR") in this case. On December 3, 2007, the Defendant filed objections to the PSR based on the calculation of criminal history points. (Filing No. 26). On December 13, 2007, the PSR was revised to indicate that the Defendant has a total of 11 criminal history points. No objections have been raised to the revised PSR. *See* Order on Sentencing Schedule, ¶ 6. The Court advises the parties that these Tentative Findings are issued with the understanding that, pursuant to *United States v. Booker,* 2005 WL 50108 (U.S. Jan. 12, 2005), the sentencing guidelines are advisory.

IT IS ORDERED:

1. The Defendant's objections (Filing No. 26) are moot;

2. The parties are notified that my tentative findings are that the revised PSR is correct in all respects;

3. If **any** party wishes to challenge these tentative findings, the party shall immediately file in the court file and serve upon opposing counsel and the Court a motion challenging these tentative findings, supported by (a) such evidentiary materials as are required (giving due regard to the requirements of the local rules of practice respecting the submission of evidentiary materials), (b) a brief as to the law, and (c) if an evidentiary hearing is requested, a statement describing why an evidentiary hearing is necessary and an estimated length of time for the hearing;

4.     Absent submission of the information required by paragraph 3 of this Order, my tentative findings may become final; and

5.     Unless otherwise ordered, any motion challenging these tentative findings shall be resolved at sentencing.

DATED this 4th day of January, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

2